# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 7:21-cr-06 (LAG) |
| | : | |
| MICHAEL ANDREW HESTER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On August 6, 2025, Defendant filed a Motion to Unseal (Doc. 218) the transcript of his Preliminary Hearing (Doc. 20) that was held on February 19, 2021. However, as the Government accurately notes, *see* Doc. 223, no transcript of the February 19, 2021 Preliminary Hearing has been prepared at this time. Consequently, Defendant's Motion to Unseal the transcript of his Preliminary Hearing (Doc. 218) is **DENIED as moot**. If Defendant wishes to have a transcript of the Preliminary Hearing prepared, he may order one from the Court Reporter. The Clerk is directed to forward to Defendant a copy of the transcript order form with the relevant information completed on the form.[1]

**SO ORDERED**, this 25th day of August, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

---

[1] As the Government again notes, *see* Doc. 223, the February 19, 2021 Preliminary Hearing technically took place in case number 5:21-mj-15. However, that case merged with this case when the Government filed an Indictment on March 9, 2021. (Doc. 30).